Ayesha R. Mehdi, Esq., NV Bar No. 13917
Mary E. Bacon, Esq., NV Bar No. 12686
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Phone: (702) 408-3400
Fax: (702) 938-8648
mbacon@spencerfane.com

*Attorneys for Defendant*
*First Electronic Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donna Buckwalter,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLc, Dovenmuehle Mortgage, Inc. and First Electronic Bank,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01423-GMN-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT FIRST ELECTRONIC BANK TO FILE ANSWER OR OTHERWISE RESPOND**<br><br>**FIRST REQUEST** |

　　　　Defendant First Electronic Bank ("FEB") has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Donna Buckwalter ("Plaintiff"), to which Plaintiff has no objection. Thus, pursuant to Local Rule IA 6-1, it is hereby stipulated and agreed to by and among the undersigned counsel that FEB's time to answer, move or otherwise respond to the Complaint is extended from September 29, 2022, to and including October 28, 2022.

　　　　This additional time is needed to investigate Plaintiff's claims and FEB's defenses and explore the possibility of resolving this matter without further

///

///

1  litigation.  This is the first motion for an extension of time for FEB to answer or otherwise respond
2  to Plaintiff's Complaint.

3  Dated: September 27, 2022   By: /s/ *Mary Bacon*
4                                                             Mary E. Bacon, Esq., NV Bar No. 12686
                                                           SPENCER FANE LLP
5                                                             300 South Fourth Street, Suite 950
                                                           Las Vegas, NV 89101
6                                                             Phone: (702) 408-3400
                                                           Fax: (702) 938-8648
7                                                             amehdi@spencerfane.com

8                                                             *Attorneys for Defendant*
                                                           *First Electronic Bank*

9                                                             NO OPPOSITION

10  Dated: September 27, 2022   By: /s/ *Michael Kind*
11                                                             Michael Kind, Esq. NV Bar No. 13903
                                                           KIND LAW
12                                                             8860 South Maryland Parkway, Suite 106
                                                           Las Vegas, NV 89123
13                                                             Phone: (702) 337-2322
                                                           Fax: (702) 329-5881
14                                                             mk@kindlaw.com

15                                                             *Attorneys for Plaintiff*

16
17                                                             IT IS SO ORDERED:
18
19
20                                                             United States Magistrate Judge
                                                                 9-28-2022
21                                                             Dated: _____
22
23
24
25
26
27
28

*(Left margin: Spencer Fane LLP, 300 South Fourth Street, Suite 950, Las Vegas, NV 89101-6019)*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been served this 27th day of September 2022, via the Court's CM/ECF system, upon all counsel of record as follows:

Michael Kind, Esq.
KIND LAW
mk@kindlaw.com

George Haines, Esq.
FREEDOM LAW FIRM
ghaines@freedomlegalteam.com

By: /s/ *Mary Bacon*
Mary E. Bacon, Esq., NV Bar No. 12686
*Attorneys for Defendant*
*First Electronic Bank*

Spencer Fane LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101-6019