KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Facsimile:  702 258-8787
nvefile@tblaw.com
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*

TB# 22-74172

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BUCKWALTER,<br><br>             Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, DOVENMUEHLE MORTGAGE, INC., AND FIRST ELEXTRONIC BANK,<br><br>             Defendants. | Case No.  2:22-cv-01423-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Donna Buckwalter and Defendant, Dovenmuehle Mortgage, Inc. ("Dovenmuehle"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendant, Dovenmuehle shall have additional time, up to and including **October 10, 2022** to file its response to Plaintiff's Complaint. [ECF 1].  The current deadline is September 27, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for Dovenmuehle.

/./././
/./././
/./././
/./././
/./././
/./././

- 1 -

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 27st day of September, 2022.

TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No.: 10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
knielson@tblaw.com
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*

Dated this 27th day of September, 2022.

KIND LAW

*/s/ Michael Kind*
Michael Kind, Esq.
Nevada Bar No.: 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

Dated this 27th day of September, 2022.

FREEDOM LAW FIRM

*/s/ Gerardo Avalos*
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff, Donna Buckwalter*

# ORDER

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Dovenmuehle shall have until October 10, 2022, to file its response to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED 9-28-2022

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*