KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Facsimile:  702 258-8787
nvefile@tblaw.com
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*

TB# 22-74172

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BUCKWALTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, DOVENMUEHLE MORTGAGE, INC., AND FIRST ELEXTRONIC BANK,<br><br>    Defendants. | Case No.  2:22-cv-01423-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, Donna Buckwalter and Defendant, Dovenmuehle Mortgage, Inc. ("Dovenmuehle"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendant, Dovenmuehle shall have additional time, up to and including **October 28, 2022** to file its response to Plaintiff's Complaint. [ECF 1].  The current deadline is October 10, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for Dovenmuehle and to attempt to resolve this matter without further involvement of the court.

/././
/././
/././
/././
/././
/././

- 1 -

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 5th day of October, 2022.

TIFFANY & BOSCO, P.A.

/s/ Krista J. Nielson
Krista J. Nielson, Esq.
Nevada Bar No.: 10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
knielson@tblaw.com
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*

Dated this 5th day of October, 2022.

KIND LAW

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No.: 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
mk@kindlaw.com

Dated this 7th day of October, 2022.

FREEDOM LAW FIRM

/s/ Gerardo Avalos
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff, Donna Buckwalter*

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Dovenmuehle shall have until October 28, 2022, to file its response to Plaintiff's Complaint.

DATED this 7th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

 /s/ Krista J. Nielson, Esq.
Krista J. Nielson, Esq.
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*