KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Facsimile:  702 258-8787
nvefile@tblaw.com
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*

TB# 22-74172

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BUCKWALTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, DOVENMUEHLE MORTGAGE, INC., AND FIRST ELEXTRONIC BANK,<br><br>    Defendants. | Case No.  2:22-cv-01423-GMN-VCF<br><br>**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff, Donna Buckwalter and Defendant, Dovenmuehle Mortgage, Inc. ("Dovenmuehle"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendant, Dovenmuehle shall have additional time, up to and including **November 9, 2022** to file its response to Plaintiff's Complaint. [ECF 1].  The current deadline is October 28, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for Dovenmuehle and to attempt to resolve this matter without further involvement of the court.

/././

/././

/././

/././

/././

/././

- 1 -

1   This is the parties' third request for an extension of this deadline and is not intended to
2   cause any delay or prejudice to any party.

3   Dated this 28th day of October, 2022.               Dated this 28th day of October, 2022.

4   TIFFANY & BOSCO, P.A.                               KIND LAW

6   */s/ Krista J. Nielson*                             */s/ Michael Kind*
    Krista J. Nielson, Esq.                             Michael Kind, Esq.
7   Nevada Bar No.: 10698                               Nevada Bar No.: 13903
8   10100 W. Charleston Blvd., Ste. 220                 8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89135                             Las Vegas, Nevada 89123
9   (702) 258-8200                                      (702) 337-2322
    knielson@tblaw.com                                  mk@kindlaw.com
10  *Attorney for Defendant, Dovenmuehle*                *Attorneys for Plaintiff, Donna Buckwalter*
    *Mortgage, Inc.*

**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel 258-8200 Fax 258-8787

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Dovenmuehle shall have until November 9, 2022, to file its response to Plaintiff's Complaint.

DATED this   1st   day of November, 2022.

UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
*Attorney for Defendant, Dovenmuehle Mortgage, Inc.*