Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Donna Buckwalter*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Donna Buckwalter,<br>　　　　Plaintiff,<br>　v.<br>Experian Information Solutions, Inc. et al,<br>　　　　Defendants. | Case No.: 2:22-cv-01423-GMN-VCF<br><br>**Stipulation for dismissal of Dovenmuehle Mortgage, Inc. with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Donna Buckwalter and Dovenmuehle Mortgage, Inc. stipulate to dismiss Plaintiff's claims

STIPULATION　　　　　　　　　　　　　- 1 -

1  against Dovenmuehle Mortgage, Inc. with prejudice. Each party will bear its own
2  costs, disbursements, and attorney fees.
3      Dated: April 7, 2023.
4
5  **KIND LAW**
6   /s/ Michael Kind
7  Michael Kind, Esq.
   8860 South Maryland Parkway, Suite 106
8  Las Vegas, Nevada 89123
9
10 **FREEDOM LAW FIRM**
11  /s/ George Haines
12 George Haines, Esq.
   8985 S. Eastern Ave., Suite 350
13 Las Vegas, Nevada 89123
   *Counsel for Plaintiff Donna Buckwalter*
14
15 **TIFFANY & BOSCO, P.A.**
16
   /s/ Krista Nielson
17 Krista Nielson, Esq.
18 10100 W. Charleston, Blvd. Suite 220
   Las Vegas, Nevada 89135
19 *Counsel for Dovenmuehle Mortgage, Inc.*
20
21                              IT IS SO ORDERED:
22
23                              _____
                                UNITES STATES DISTRICT JUDGE
24
25                              DATED: April 11, 2023
26
27

STIPULATION                          - 2 -