Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Donna Buckwalter*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Donna Buckwalter,<br>　　　　Plaintiff,<br>　v.<br><br>Experian Information Solutions, Inc. et al,<br>　　　　Defendants. | Case No.: 2:22-cv-01423-GMN-VCF<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Donna Buckwalter and Equifax Information Services LLC stipulate to dismiss Plaintiff's

STIPULATION　　　　　　　　- 1 -

claims against Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 6, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Donna Buckwalter*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 8, 2023

STIPULATION                                                - 2 -